An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PEYMAN MASACHI, A/K/A PATRICK MASACHI, AN INDIVIDUAL,

Appellant,

vs.

LUCKY BLUE 103, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondent.

No. 68378

**FILED**

OCT 2 7 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Susan Scann, District Judge
Hon. William D. Kephart, District Judge
Mincin Law, PLLC
Holland & Hart LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-32749